JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONSO MEDINA,<br><br>            Plaintiff,<br><br>    v.<br><br>OFFICER MICHAEL MEHME;<br>OFFICER ALVARO CARLOS; CITY OF<br>LOS ANGELES; AND DOES 1-10,<br><br>            Defendants. | Case No. 2:21-cv-02968 SPG (SKx)<br><br>**ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS [ECF No. 58]** |

Based upon the Parties' Joint Stipulation of Dismissal, (ECF No. 58), the Action of *Alonso Medina v. City of Los Angeles, et al.*, Case No. 2:21-cv-02968 SPG (SKx), is hereby dismissed with prejudice, as to all causes of actions against all Defendants, pursuant to F.R.C.P. 41(a)(1). Each party to bear their own costs and fees

IT IS SO ORDERED.

Dated: August 25, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE